1034

No. 11–536.  BASHAM *v.* ARKANSAS.  Ct. App. Ark.  Certiorari denied.

No. 11–813.  THOMAS *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 11–814.  FIORILLO ET AL. *v.* INCORPORATED VILLAGE OF OCEAN BEACH, NEW YORK, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 11–950.  DOMINGUEZ *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 11–1042.  KOKENIS *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 11–1060.  PERSFULL *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 11–1069.  SPOT RUNNER, INC., ET AL. *v.* WPP LUXEMBOURG GAMMA THREE SARL.  C. A. 9th Cir.  Certiorari denied.

No. 11–1185.  SIBLEY *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA.  C. A. D. C. Cir.  Certiorari denied.

No. 11–1192.  ONE 1998 GMC ET AL. *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 11–1193.  BAKER ET UX. *v.* HOBSON ET AL.  App. Ct. Mass.  Certiorari denied.

No. 11–1201.  LIOTTI *v.* UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT.  C. A. 4th Cir.  Certiorari denied.

No. 11–1206.  DOYLE *v.* ROBERTS, CHIEF JUSTICE OF THE UNITED STATES, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 11–1222.  FLINT *v.* SIMPSON, JUDGE, UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF KENTUCKY.  C. A. 6th Cir.  Certiorari denied.